**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**


Sonrai Systems, LLC

                                        Plaintiff,

v.                                                      Case No.: 1:21–cv–02575
                                                        Honorable John Robert Blakey

Waste Connections of Canada, Inc., et al.

                                        Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, February 28, 2023:


        MINUTE entry before the Honorable John Robert Blakey: For the reasons
explained in the accompanying Memorandum Opinion and Order, the Court partially
grants and partially denies Defendant's motion to dismiss, [62]. Defendant shall file an
answer to the Complaint on or before 03/28/23 and the parties shall file a joint status
report by 04/7/23 proposing reasonable case management dates, including fact discovery
and (if needed) expert discovery deadlines. Although, to date, the parties have not
indicated an interest in settlement, they should call chambers if they jointly believe that a
settlement conference with the assigned Magistrate Judge could be helpful, and the Court
will enter an appropriate referral order. Mailed notice(gel, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.