### UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sonrai Systems, LLC

                                                 Plaintiff,

v.                                                                  Case No.: 1:21–cv–02575
                                                                 Honorable John Robert Blakey

Waste Connections of Canada, Inc., et al.

                                               Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 24, 2023:

      MINUTE entry before the Honorable John Robert Blakey: Having reviewed the parties' most recent status report, the Court sets additional case management dates as follows: the parties shall exchange Rule 26(a)(1) disclosures by 4/28/23, issue written discovery by 5/17/23, and complete all fact discovery (including any international discovery) by 2/13/24. The parties shall file an updated status report by 2/29/24 confirming that fact discovery is complete, confirming that they require expert discovery, and proposing reasonable case management dates. The Court encourages the parties to exhaust all possibility of settlement before spending time and money on expert discovery or dispositive motions; to this end, Plaintiff shall make a formal written demand by 2/19/24, Defendant shall respond by 2/26/24, and the parties shall confirm compliance in their 2/29/24 status report. If at any time the parties agree that a settlement conference with Magistrate Judge Finnegan could be helpful, they should email Judge Blakey's Courtroom Deputy at Gloria_Lewis@ilnd.uscourts.gov, and the Court will enter an appropriate referral order. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.