IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SONRAI SYSTEMS, LLC, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:21-CV-02575 |
| ) | |
| v. ) | Honorable John Robert Blakey |
| ) | |
| WASTE CONNECTIONS OF CANADA, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF PRESENTMENT

PLEASE TAKE NOTICE that on **February 14, 2024**, at **11:00 a.m.**, or as soon thereafter as counsel may be heard, counsel shall appear before the Honorable Judge John Robert Blakey, or any judge sitting in his stead, in Courtroom 1203 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and shall present **Updated Status Report and Joint Motion to Extend Discovery**, a copy of which has already been served on you.

Dated: February 7, 2024

/s/ J. Scott Humphrey
J. Scott Humphrey
Katie Burnett
BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP
71 S. Wacker Dr., Suite 1600
Chicago, Illinois 60606-4637
Telephone: 312-212-4949
Facsimile: 312-767-9192
shumphrey@beneschlaw.com
kburnett@beneschlaw.com

*Attorney for Plaintiff Sonrai Systems, LLC*

Respectfully submitted,

/s/ Daniel J. Buzzetta
Daniel J. Buzzetta
Cameron S. Friedman
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
(212) 589-4200 (phone)
(212) 589-4201 (fax)
dbuzzetta@bakerlaw.com
cfriedman@bakerlaw.com

David M. Friebus
BAKER & HOSTETLER LLP
One North Wacker Drive, Suite 4500
Chicago, Illinois 60606
(312) 416-6200 (phone)
(312) 416-6201 (fax)
dfriebus@bakerlaw.com

*Attorneys for Defendant
Waste Connections of Canada Inc.*

23824508 v1

## CERTIFICATE OF SERVICE

      I certify that, on February 7, 2024, a true and correct copy of the foregoing document was served electronically through the Northern District of Illinois CM/ECF electronic filing on all counsel of record.

      */s/ J. Scott Humphrey*

      *Attorney for Plaintiff Sonrai Systems, LLC*

23824508 v1