# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SONRAI SYSTEMS, LLC, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:21-CV-02575 |
| | ) |
| v. | ) Honorable John Robert Blakey |
| | ) |
| WASTE CONNECTIONS OF CANADA, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF PRESENTMENT

PLEASE TAKE NOTICE that on **July 10, 2024**, at **11:00 a.m.**, or as soon thereafter as counsel may be heard, counsel shall appear before the Honorable Judge John Robert Blakey, or any judge sitting in his stead, in Courtroom 1203 of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and shall present **Plaintiff's Motion To Compel,** a copy of which has already been served on you.

Dated: July 3, 2024

Respectfully submitted,

/s/ J. Scott Humphrey
J. Scott Humphrey
Katie Burnett
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
71 S. Wacker Dr., Suite 1600
Chicago, Illinois 60606-4637
Telephone: 312-212-4949
Facsimile: 312-767-9192
shumphrey@beneschlaw.com
kburnett@beneschlaw.com

*Attorney for Plaintiff Sonrai Systems, LLC*

24265387 v1

## CERTIFICATE OF SERVICE

I certify that, on July 3, 2024, a true and correct copy of the foregoing document was served electronically through the Northern District of Illinois CM/ECF electronic filing on all counsel of record.

/s/ J. Scott Humphrey

*Attorney for Plaintiff Sonrai Systems, LLC*

24265387 v1