# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| SONRAI SYSTEMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:21-CV-02575 |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| WASTE CONNECTIONS OF CANADA, INC., | ) | Honorable John Robert Blakey |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on Wednesday, July 31, 2024 at 11:00 a.m., or as soon thereafter as counsel may be heard, Sonrai Systems, LLC shall appear before the Honorable John R. Blakey, or any other judge sitting in his place, in the courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and shall present a **Plaintiff's Opposed Motion for Issuance of Letters Rogatory to the Superior Justice of Ontario, Canada for Loris Stellato, Mike May, and Robert Drain**, a copy of which has already been served on you.

Dated: July 19, 2024

Respectfully submitted,

/s/ J. Scott Humphrey
J. Scott Humphrey
Katie Burnett
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 S. Wacker Dr., Suite 1600
Chicago, Illinois 60606-4637
Telephone: 312-212-4949
Facsimile: 312-767-9192
shumphrey@beneschlaw.com
kburnett@beneschlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 19, 2024, he served a copy of the foregoing on all counsel of record via electronic case filing procedures.

/s/ J. Scott Humphrey

*One of the Attorneys for Plaintiff*