# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SONRAI SYSTEMS, LLC, | ) |
| Plaintiff, | ) Case No. 1:21-CV-02575 |
| v. | ) Honorable John Robert Blakey |
| WASTE CONNECTIONS OF CANADA, INC., | ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Undersigned counsel submits the following notice of withdrawal of counsel for Plaintiff Sonrai Systems, LLC ("Sonrai" or "Plaintiff"), pursuant to Northern District of Illinois Local Rule 83.17. Attorneys J. Scott Humphrey, Katie M. Burnett, Samantha Roth, Manish Mehta, and Samuel Ruggio of Benesch Friedlander Coplan & Aronoff, LLP no longer represent Plaintiff effective December 19, 2024, and now should hereby be withdrawn as counsel of record.

Dated: December 18, 2024

Respectfully submitted,

By: _/s/ J. Scott Humphrey_
J. Scott Humphrey
Katie M. Burnett
Samantha Roth
Manisha Mehta
Samuel Ruggio
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
71 S. Wacker Dr., Suite 1600
Chicago, Illinois 60606-4637
Telephone: 312-212-4949
Facsimile: 312-767-9192
shumphrey@beneschlaw.com
kburnett@beneschlaw.com
sroth@beneschlaw.com
mmehta@beneschlaw.com
sruggio@beneschlaw.com

*Attorneys for Plaintiff Sonrai Systems, LLC*

1

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on December 18, 2024, he served a copy of the foregoing on all counsel of record via electronic case filing procedures.

      */s/ J. Scott Humphrey*

      *Attorney for Plaintiff Sonrai Systems, LLC*